# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| Jennifer Boykin, *on behalf of herself and all others similarly situated*,<br><br>    Plaintiff,<br><br>v.<br><br>Choice Health Insurance LLC,<br><br>    Defendant. | **JUDGE JOSEPH DAWSON III**<br><br>**CASE NO. 4:22-cv-03940-JD** |

### PLAINTIFF'S SUPPLEMENTAL NOTICE OF FILING SETTLEMENT AGREEMENT SIGNED BY PLAINTIFF <u>AND</u> DEFENDANT
_____

Plaintiff, by and through counsel, hereby gives notice of full execution of the Settlement Agreement received today, a copy of which is attached hereto.

Date: September 22, 2023          Respectfully submitted.

                                                */s/ Glenn V. Ohanesian*
                                                Glenn V. Ohanesian, DCSC Fed ID #5317
                                                **OHANESIAN & OHANESIAN**
                                                504 North Kings Highway
                                                P. O. Box 2433
                                                Myrtle Beach, SC 29578
                                                Telephone: 843-626-7193
                                                Facsimile: 843-492-5164
                                                *OhanesianLawFirm@cs.com*

                                                **CHESTNUT CAMBRONNE PA**
                                                Philip J. Krzeski (admitted *pro hac vice*)

100 Washington Avenue South, Suite 1700
Minneapolis, MN 55401
Phone: (612) 339-7300
Fax: (612) 336-2940
*pkrzeski@chestnutcambronne.com*

**MARKOVITS, STOCK, & DEMARCO, LLC**
Terence R. Coates (admitted *pro hac vice*)
Dylan J. Gould (admitted *pro hac vice*)
Jonathan T. Deters (admitted *pro hac vice*)
119 E. Court St., Ste. 530
Cincinnati, Ohio 45202
Phone: (513) 651-3700
Fax: (513) 665-0219
*tcoates@msdlegal.com*
*dgould@msdlegal.com*
*jdeters@msdlegal.com*

**THE LYON LAW FIRM, LLC**
Joseph M. Lyon (*pro hac vice* forthcoming)
2754 Erie Ave.
Cincinnati, OH 45208
Phone: (513) 381-2333
Fax: (513) 766-9011
Email: *jlyon@thelyonfirm.com*

*\*Pro Hac Vice Application forthcoming*

*Counsel for Plaintiff and Putative Class*