# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| Jennifer Boykin,<br><br>*on behalf of herself and those similarly situated*,<br><br>Plaintiff,<br><br>v.<br><br>Choice Health Insurance, LLC,<br><br>Defendant. | **JUDGE JOSEPH DAWSON III**<br><br>CASE NO. 4:22-cv-03940-JD |

**PLAINTIFF'S MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT**

Plaintiff Jennifer Boykin ("Plaintiff"), individually and on behalf of all others similarly situated, respectfully moves for an Order: (1) granting final approval of the proposed settlement as memorialized in the Settlement Agreement ("S.A.") (ECF No. 27-1); (2) finally certifying the Settlement Class pursuant to Federal Rule of Civil Procedure 23(b)(3) and (e); and (3) granting Plaintiff's Motion for an Award of Attorneys' Fees, Reimbursement of Expenses, and Service Award (ECF No. 32).

Concurrently herewith, Plaintiff submits a Memorandum of Law and accompanying declarations in support of this Motion. A proposed Order is attached as Exhibit C to this Motion.

Date: January 12, 2024                    Respectfully submitted,

*/s/ Glenn V. Ohanesian*
Glenn V. Ohanesian, DCSC Fed ID #5317
**OHANESIAN & OHANESIAN**
504 North Kings Highway

1

P. O. Box 2433
Myrtle Beach, SC 29578
Telephone: 843-626-7193
Facsimile: 843-492-5164
*OhanesianLawFirm@cs.com*

**CHESTNUT CAMBRONNE PA**
Philip J. Krzeski (admitted *pro hac vice*)
100 Washington Avenue South, Suite 1700
Minneapolis, MN 55401
Phone: (612) 339-7300
Fax: (612) 336-2940
*pkrzeski@chestnutcambronne.com*

**MARKOVITS, STOCK, & DEMARCO   LLC**
Terence R. Coates (admitted *pro hac vice*)
Dylan J. Gould (admitted *pro hac vice*)
Jonathan T. Deters (admitted *pro hac vice*)
119 E. Court St., Ste. 530
Cincinnati, Ohio 45202
Phone: (513) 651-3700
Fax: (513) 665-0219
*tcoates@msdlegal.com*
*dgould@msdlegal.com*
*jdeters@msdlegal.com*

**THE LYON LAW FIRM, LLC**
Joseph M. Lyon (*pro hac vice* forthcoming)
2754 Erie Ave.
Cincinnati, OH 45208
Phone: (513) 381-2333
Fax: (513) 766-9011
Email: *jlyon@thelyonfirm.com*

*\*Pro Hac Vice Application forthcoming*

*Counsel for Plaintiff and Putative Class*

## CERTIFICATE OF SERVICE

I, Glenn Ohanesian, certify that I caused the foregoing to be electronically filed in this case on January 12, 2024, using the Court's CM/ECF System, thereby serving it upon all counsel of record in this case.

*/s/ Glenn V. Ohanesian*
Glenn V. Ohanesian, DCSC Fed ID #5317